Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BOT M8 LLC,

    Plaintiff(s),

v.

SONY CORP. OF AMERICA,, et al.,

    Defendant(s).

Case No: 19cv7027WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Aaron Frankel, an active member in good standing of the bar of NY Ct. of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, BOT M8 LLC in the above-entitled action. My local co-counsel in this case is Lisa Kobialka, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Co-counsel's California State Bar Number is: 191404

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas, NY, NY 10026 | Kramer Levin Naftalis & Frankel LLP<br>990 Marsh Road, Menlo Park, CA 94025 |
| MY TELEPHONE # OF RECORD:<br>(212) 715-7793 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 752-1700 |
| MY EMAIL ADDRESS OF RECORD:<br>afrankel@kramerlevin.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>lkobialka@kramerlevin.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NY 4025888.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/14/2019

                            Aaron Frankel
                            APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Aaron Frankel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 15, 2019

                            UNITED STATES DISTRICT/MAGISTRATE JUDGE

[Stamp: DENIED — Judge William Alsup — United States District Court, Northern District of California]

*PRO HAC VICE* APPLICATION & ORDER