IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOT M8 LLC, a Delaware limited liability company,

        Plaintiff,

  v.

SONY CORPORATION OF AMERICA, a New York corporation, SONY CORPORATION, a Japanese corporation, and SONY INTERACTIVE ENTERTAINMENT, LLC, a California limited liability company,

        Defendants.

No. C 19-07027 WHA

**DISCLOSURE OF FORMER EMPLOYMENT OF LAW CLERK BY COUNSEL FOR DEFENDANT**

In the interest of disclosure, the parties are hereby notified the law clerk assigned to this case is a former associate of the law firm Kirkland & Ellis LLP, counsel to defendant. The law clerk has worked in proximity with several of the attorneys representing defendant. This case, however, was filed after the association between the law clerk and the firm ended. The law clerk has no prior knowledge of this case. The law clerk will act impartially and in accordance with the law. If the parties object, they must do so by **DECEMBER 9, 2019 AT NOON**.

**IT IS SO ORDERED.**

Dated: December 2, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE