UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOT M8 LLC,

        Plaintiff,

    v.

SONY CORPORATION OF AMERICA, et al.,

        Defendants.

No. C 19-07027 WHA

**ORDER RE SOURCE CODE REVIEW**

Given the difficulty traveling for in-person review of source code at counsel's office, defendants shall please, by **MARCH 27 AT NOON**, propose an alternate method of timely expert source code review in an effort to resolve the present disagreement without a schedule disruption (Dkt. Nos. 124, 126).

**IT IS SO ORDERED.**

Dated: March 26, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE