Brandon Brown (SBN 266347)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: brandon.brown@kirkland.com
[additional counsel listed on signature page]

*Counsel for Sony Corporation of America, Sony Corporation, and Sony Interactive Entertainment LLC*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOT M8 LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SONY CORPORATION OF AMERICA, SONY CORPORATION, and SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>    Defendants. | Case No. 3:19-cv-07027-WHA<br><br>**SONY'S RESPONSE TO ORDER RE SOURCE CODE REVIEW (DKT. 131)** |

Pursuant to the Court's March 26, 2020 Order, and in view of public health challenges, Sony will make arrangements to allow remote review via WebEx (https://www.webex.com/screen-sharing.html) during normal business hours of Sony's source code production for the accused Uncharted and MLB video games. To help mitigate security concerns, Sony will make remote review available after written certification by Bot's counsel and each individual involved in remote review that they: i) will not allow viewing of the source code by anyone not permitted to do so under the Protective Order, and ii) will not attempt to transfer, copy, or screen capture the source code, or otherwise make improper use of the remote review.

Dated: March 26, 2020

Respectfully submitted,

*/s/  David Rokach*
Brandon Brown (SBN 266347)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: brandon.brown@kirkland.com

Gregory S. Arovas (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: greg.arovas@kirkland.com

David Rokach (*pro hac vice*)
G. William Foster (*pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: david.rokach@kirkland.com
Email: billy.foster@kirkland.com

*Counsel for Defendants Sony Corporation, Sony Corporation of America, and Sony Interactive Entertainment LLC*