UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOT M8 LLC,

    Plaintiff,

    v.

SONY CORPORATION OF AMERICA, et al.,

    Defendants.

No. C 19-07027 WHA

**ORDER DENYING AS MOOT MOTION TO CONTINUE PATENT SHOWDOWN**

    In this patent suit, the parties' single-claim showdown opening briefs are due April 9. Patent owner seeks an extension, explaining that the COVID-19 pandemic has disrupted in-person source code review at defense counsel's New York office (Dkt. No. 124). Defendants propose to provide remote screen-sharing access to the source-code review computer, assuming plaintiff's counsel and experts agree to reasonable confidentiality restrictions (Dkt. No. 132). This order **ADOPTS** defendants' proposal. The parties shall please proceed accordingly. Patent owner's concerns resolved, the motion is **DENIED AS MOOT**. Patent owner's administrative motion to seal its request (Dkt. No. 123), defendants having withdrawn the basis sealing, is **DENIED**.

    **IT IS SO ORDERED.**

Dated: March 26, 2020.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE