| | |
|---|---|
| PAUL J. ANDRE (State Bar No. 196585)<br>pandre@kramerlevin.com<br>LISA KOBIALKA (State Bar No. 191404)<br>lkobialka@kramerlevin.com<br>JAMES HANNAH (State Bar No. 237978)<br>jhannah@kramerlevin.com<br>KRAMER LEVIN NAFTALIS<br>  & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 752-1700<br>Facsimile: (650) 752-1800<br><br>AARON FRANKEL (*pro hac vice*)<br>afrankel@kramerlevin.com<br>KRAMER LEVIN NAFTALIS<br>  & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-7793<br><br>*Attorneys for Plaintiff*<br>BOT M8 LLC | Brandon Brown (SBN 266347)<br>brandon.brown@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>Gregory S. Arovas (*pro hac vice*)<br>Patricia A. Carson (*pro hac vice*)<br>greg.arovas@kirkland.com<br>patricia.carson@kirkland.com<br>KIRKLAND & ELLIS<br>601 Lexington Avenue<br>New York, NY  10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br><br>David Rokach (*pro hac vice*)<br>david.rokach@kirkland.com<br>KIRKLAND & ELLIS<br>300 N. LaSalle<br>Chicago, IL  60654<br>Telephone: (312) 862-2000<br>Facsimile:  (312) 862-2200<br><br>*Attorneys for Defendants*<br>Sony Corporation of America, Sony Corporation and Sony Interactive Entertainment LLC |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BOT M8 LLC, a Delaware Limited Liability Company,<br><br>             Plaintiff,<br><br>     v.<br><br>SONY CORPORATION OF AMERICA, a New York Corporation, SONY CORPORATION, a Japanese Corporation; and SONY INTERACTIVE ENTERTAINMENT, LLC, a California Limited Liability Company,<br><br>             Defendants. | Case No.: 3:19-cv-07027-WHA<br><br>**JOINT STIPULATED REQUEST UNDER LOCAL RULE 6-2(a)TO CHANGE TIME FOR SUBMISSION OF REPLY BRIEFS IN SUPPORT OF SUMMARY JUDGMENT BY ONE DAY** |

## JOINT STIPULATION

Plaintiff Bot M8 LLC ("Bot M8") and Defendants Sony Corporation of America, Sony Corporation and Sony Interactive Entertainment LLC (collectively, "Sony", and together with Bot M8, the "Parties"), hereby stipulate and agree, subject to approval by the Court, that:

WHEREAS, on February 13, 2020, the Court entered Case Management Order Number 2 (Dkt. 111) setting the deadlines for the patent showdown in this case and on April 6, 2020, the Court entered an Order Continuing Patent Showdown (Dkt. 137, the "Order"), resetting the deadlines for the patent showdown summary judgment briefing in the case;

WHEREAS, pursuant to the updated Order, the parties filed opening briefs on April 23, 2020;

WHEREAS, pursuant to the Order, the deadline for the parties to file opposition briefs is May 7, 2020 at Noon;

WHEREAS, pursuant to the Order, the deadline for the parties to file reply briefs is May 14, 2020 at Noon;

WHEREAS, pursuant to the Order, the motion will be heard on June 4, 2020 at 8:00 am;

WHEREAS, to permit the parties an opportunity to complete three expert depositions (David August, Stacy Friedman and Ian Cullimore) during the period of time between the service of opposition brief and reply briefs and to have an opportunity to incorporate the deposition testimony into the reply briefs, the Parties jointly seek a one day extension of the deadline to file reply briefs from noon on Thursday, May 14, 2020 to noon on Friday, May 15, 2020;

NOW, THEREFORE, pursuant to Rule 6-2(a) of the Local Civil Rules of the United States District Court for the Norther District of California, the Parties hereby STIPULATE and REQUEST an additional one-day extension of the deadline to file reply briefs, until May 15, 2020 at Noon.

IT IS SO STIPULATED.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated:  May 7, 2020 | By:  */s/ Paul J. Andre*<br>Paul J. Andre (SBN 196585)<br>Lisa Kobialka (SBN 191404)<br>James Hannah (SBN 237978)<br>KRAMER LEVIN NAFTALIS<br>  & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 752-1700<br>Facsimile: (650) 752-1800<br>pandre@kramerlevin.com<br>lkobialka@kramerlevin.com<br>jhannah@kramerlevin.com<br><br>Aaron Frankel (*pro hac vice*)<br>KRAMER LEVIN NAFTALIS<br>  & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone:  (212) 715-7793<br>afrankel@kramerlevin.com<br><br>*Attorneys for Plaintiff*<br>BOT M8  LLC |
|   | Respectfully submitted, |
| Dated:  May 7, 2020 | By:  */s/ David Rokach*<br>Gregory S. Arovas (*pro hac vice*)<br>Patricia A. Carson (*pro hac vice*)<br>KIRKLAND & ELLIS<br>601 Lexington Avenue<br>New York, NY  10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>greg.arovas@kirkland.com<br>patricia.carson@kirkland.com<br><br>David Rokach (*pro hac vice*)<br>KIRKLAND & ELLIS<br>300 N. LaSalle<br>Chicago, IL  60654<br>Telephone: (312) 862-2000 |

1

JOINT STIPULATION AND [~~PROPOSED~~] ORDER        CASE NO. 3:19-CV-07027-WHA
TO EXTEND DEADLINE

Facsimile: (312) 862-2200
david.rokach@kirkland.com

*Attorneys for Defendants*
Sonly Corporation of America, Sony Corporation and Sony Interactive Entertainment LLC

**ATTESTATION OF FILING**

I, Paul J. Andre, am the ECF user whose identification and password are being used in this filing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document have concurred in the filing of this document.

/s/ Paul J. Andre

**PURSUANT TO STIPULATION IT IS SO ORDERED:**

Date: May  7 , 2020

_____
Honorable William H. Alsup
United States District Judge

2

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE     CASE NO. 3:19-CV-07027-WHA