Paul J. Andre (State Bar No. 196585)
pandre@kramerlevin.com
Lisa Kobialka (State Bar No. 191404)
lkobialka@kramerlevin.com
James Hannah (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
333 Twin Dolphin Dr., Ste. 700
Redwood Shores, CA 94065
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Aaron Frankel (*pro hac vice*)
afrankel@kramerlevin.com
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-7793

*Attorneys for Plaintiff*
*BOT M8 LLC*

Brandon Brown (SBN 266347)
brandon.brown@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Gregory S. Arovas (*pro hac vice*)
greg.arovas@kirkland.com
KIRKLAND & ELLIS
601 Lexington Avenue
New York, NY 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

David Rokach (*pro hac vice*)
david.rokach@kirkland.com
KIRKLAND & ELLIS
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200

*Attorneys for Defendants*
*Sony Corporation of America, Sony*
*Corporation and Sony Interactive*
*Entertainment LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BOT M8 LLC,<br><br>Plaintiff,<br><br>v.<br><br>SONY CORPORATION OF AMERICA, SONY CORPORATION, and SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>Defendants. | Case No. 3:19-cv-07027-WHA<br><br>**JOINT STATUS REPORT** |

Further to the parties' April 27, 2023 Joint Status Report (Dkt. No. 188), Plaintiff Bot M8 LLC ("Bot M8") and Defendants Sony Corporation of America, Sony Corporation, and Sony Interactive Entertainment LLC (together, "Sony") submit this Joint Status Report.

On May 9, 2023, the United States Court of Appeals for the Federal Circuit affirmed the final written decision of the Patent Trial and Appeal Board in an *inter partes* review determining to be unpatentable the claims of Bot M8's U.S. Patent No. 8,078,540. *Bot M8 LLC v. Sony Interactive Entertainment LLC*, 2022-1291 (Fed. Cir. May 9, 2023).

On August 30, 2023, the United States Court of Appeals for the Federal Circuit affirmed the final written decision of the Patent Trial and Appeal Board issued in two *inter partes* reviews determining to be unpatentable the claims of Bot M8's U.S. Patent Nos. 7,664,988 and 8,112,670. *Bot M8 LLC v. Sony Interactive Entertainment LLC*, 2022-1569 (Fed. Cir. Aug. 30, 2023).

As a result, the two patents that were the subject of the Federal Circuit's remand for further proceedings (U.S. Patent Nos. 7,664,988 and 8,112,670) have been found invalid.

The parties are conferring on how to proceed and anticipate submitting a stipulation and proposed order.

Respectfully submitted,

Dated: September 15, 2023     By: */s/ Aaron Frankel*
　　　　　　　　　　　　　　　　Paul J. Andre (SBN 196585)
　　　　　　　　　　　　　　　　Lisa Kobialka (SBN 191404)
　　　　　　　　　　　　　　　　James Hannah (SBN 237978)
　　　　　　　　　　　　　　　　KRAMER LEVIN NAFTALIS
　　　　　　　　　　　　　　　　 & FRANKEL LLP
　　　　　　　　　　　　　　　　333 Twin Dolphin Dr., Ste. 700
　　　　　　　　　　　　　　　　Redwood Shores, CA 94065
　　　　　　　　　　　　　　　　Telephone: (650) 752-1700
　　　　　　　　　　　　　　　　Facsimile: (650) 752-1800
　　　　　　　　　　　　　　　　pandre@kramerlevin.com
　　　　　　　　　　　　　　　　lkobialka@kramerlevin.com
　　　　　　　　　　　　　　　　jhannah@kramerlevin.com

　　　　　　　　　　　　　　　　Aaron Frankel (*pro hac vice*)
　　　　　　　　　　　　　　　　KRAMER LEVIN NAFTALIS
　　　　　　　　　　　　　　　　 & FRANKEL LLP
　　　　　　　　　　　　　　　　1177 Avenue of the Americas

|   |   |
|---|---|
| | New York, NY 10036<br>Telephone:  (212) 715-7793<br>afrankel@kramerlevin.com |
| | *Attorneys for Plaintiff*<br>BOT M8 LLC |
| | Respectfully submitted, |
| Dated:  September 15, 2023 | By:  */s/ David Rokach*<br>Gregory S. Arovas (*pro hac vice*)<br>KIRKLAND & ELLIS<br>601 Lexington Avenue<br>New York, NY  10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>greg.arovas@kirkland.com |
| | David Rokach (*pro hac vice*)<br>KIRKLAND & ELLIS<br>300 N. LaSalle<br>Chicago, IL  60654<br>Telephone: (312) 862-2000<br>Facsimile:  (312) 862-2200<br>david.rokach@kirkland.com |
| | *Attorneys for Defendants*<br>Sony Corporation of America, Sony Corporation and Sony Interactive Entertainment LLC |

## **ATTESTATION**

I, Aaron Frankel, am the ECF user whose identification and password are being used in this filing.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all other signatories to this document have concurred in the filing of this document.

*/s/ Aaron Frankel*
Aaron Frankel