UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOT M8 LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SONY CORPORATION OF AMERICA, SONY CORPORATION, and SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>　　　　Defendants. | No. C 19-07027 WHA<br><br>**ORDER TO SHOW CAUSE** |

On May 9, 2023, the Federal Circuit affirmed the decision of the Patent Trial and Appeal Board finding the claims of U.S. Patent No. 8,078,540 to be unpatentable. *Bot M8 LLC v. Sony Interactive Ent. LLC*, 66 F.4th 1380 (Fed. Cir. 2023). On August 30, 2023, the Federal Circuit affirmed the decision of the Patent Trial and Appeal Board finding the claims of U.S. Patent Nos. 7,664,988 and 8,112,670 to be unpatentable. *Bot M8 LLC v. Sony Interactive Ent. LLC*, No. 2022-1569, 2023 WL 5606978 (Fed. Cir. Aug. 30, 2023). In other words, the Federal Circuit has now affirmed the invalidation of the three patents in suit.

According to a status report filed on September 15, 2023, "[t]he parties are conferring on how to proceed and anticipate submitting a stipulation and proposed order" (Dkt. No. 189 at 2). It has been two months, and no such stipulation and proposed order have been submitted. Mandates have issued, and there appear to be no remaining issues for this Court to decide. The

parties are hereby **ORDERED TO SHOW CAUSE** why this case should not be formally closed by **FRIDAY, NOVEMBER 17, 2023, AT NOON.**

    **IT IS SO ORDERED.**

Dated: November 13, 2023.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE