UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOT M8 LLC, | |
| Plaintiff, | No. C 19-07027 WHA |
| v. | |
| SONY CORPORATION OF AMERICA, SONY CORPORATION, and SONY INTERACTIVE ENTERTAINMENT LLC, | **ORDER RE JOINT RESPONSE** |
| Defendants. | |

The parties' request for two weeks to finalize their formal agreement is approved.

Seeing that the rationale behind the fee award at issue was rejected by the Federal Circuit (Dkt. No. 175 at 15), plaintiff is no longer required to reimburse defendants' fees incurred in responding to plaintiff's second amended complaint (Dkt. No. 91 at 9–10).

**IT IS SO ORDERED.**

Dated: November 17, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE