PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

AARON FRANKEL (*pro hac vice*)
afrankel@kramerlevin.com
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-7793

*Attorneys for Plaintiff*
BOT M8 LLC

Brandon Brown (SBN 266347)
brandon.brown@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Gregory S. Arovas (*pro hac vice*)
greg.arovas@kirkland.com
KIRKLAND & ELLIS
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

David Rokach (*pro hac vice*)
david.rokach@kirkland.com
KIRKLAND & ELLIS
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants*
Sony Corporation of America, Sony
Corporation and Sony Interactive
Entertainment LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BOT M8 LLC, a Delaware Limited Liability Company,<br><br>          Plaintiff,<br><br>     vs.<br><br>SONY CORPORATION OF AMERICA, a New York Corporation; SONY CORPORATION, a Japanese Corporation, and SONY INTERACTIVE ENTERTAINMENT LLC, a California Limited Liability Company,<br><br>          Defendants. | Case Number: 3:19-cv-07027-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Bot M8, LLC and Defendants Sony Corporation of America, Sony Corporation, and Sony Interactive Entertainment LLC, having resolved their disputes by agreement and pursuant to Fed. R. Civ. P. 41, hereby jointly move for an order dismissing all claims and counterclaims WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**IT IS SO STIPULATED**.

Respectfully submitted,

Dated: December 1, 2023   By: */s/ Aaron Frankel*
Paul Andre (SBN 196585)
Lisa Kobialka (SBN 191404)
James Hannah (SBN 237978)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

Aaron Frankel (Admitted *Pro Hac Vice*)
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
afrankel@kramerlevin.com

*Attorneys for Plaintiff*
Bot M8 LLC

Respectfully submitted,

Dated: December 1, 2023   By: */s/ David Rokach*
Brandon Brown (SBN 266347)
brandon.brown@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

| | |
|---|---|
| 1 | Gregory S. Arovas (*pro hac vice*) |
| 2 | greg.arovas@kirkland.com |
|   | KIRKLAND & ELLIS |
| 3 | 601 Lexington Avenue |
|   | New York, NY  10022 |
| 4 | Telephone:  (212) 446-4800 |
|   | Facsimile:  (212) 446-4900 |
| 5 | |
|   | David Rokach (*pro hac vice*) |
| 6 | david.rokach@kirkland.com |
|   | KIRKLAND & ELLIS |
| 7 | 300 N. LaSalle |
|   | Chicago, IL  60654 |
| 8 | Telephone: (312) 862-2000 |
|   | Facsimile:  (312) 862-2200 |

*Attorneys for Defendants*
Sony Corporation of America, Sony Corporation and
Sony Interactive Entertainment LLC

**ATTESTATION**

I, Aaron Frankel, am the ECF user whose identification and password are being used in this filing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document have concurred in the filing of this document.

*/s/ Aaron Frankel*
Aaron Frankel

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

All claims and counterclaims are dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: _____

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE